B. ALTMAN, Respondent, v. MARION MORSE, Respondent, and PHILIP S. MORSE, Appellant. (Action No. 1.) FEDERATED DEPARTMENT STORES, INC., BLOOMINGDALE BROS. DIVISION, Respondent, v. PHILIP S. MORSE, Appellant, and MARION MORSE, Respondent. (Action No. 4.) (And Five Other Actions.)—

No opinion. Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.

CARRIE L. BURGESS, Appellant, v. RELKIN-RELGREEN REALTY CO., Respondent. (And Another Action.)

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur. [49 Misc 2d 287.]